ROBERT KILBY, ESQ.
Nevada Bar No. 7402
LAW OFFICES OF ROBERT KILBY
1895 Plumas St., Suite 4
Reno, Nevada 89509
Telephone: (775) 337-6670
Facsimile: (775) 337-6652
robert@kilbylaw.net
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA TAUTOLO and M.B., a minor by and through her guardian ad litem MARIA TAUTOLO,<br><br>Plaintiffs,<br><br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT, SARAH K. ANDERSON, DR. NICHOLE TRUAX, and DOES 1-30,<br><br>Defendants. | Case No. 3:16-cv-533-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS WASHOE COUNTY SCHOOL DISTRICT, SARAH K. ANDERSON, AND DR. NICHOLE TRUAX** |

COMES NOW, Plaintiffs, MARIA TAUTOLO and M.B., a minor, by and through her guardian ad litem, MARIA TAUTOLO, and Defendants, WASHOE COUNTY SCHOOL DISTRICT, SARAH K. ANDERSON, and DR. NICHOLE TRUAX by and through their respective counsel, and hereby stipulate and agree as follows:

1. Plaintiffs and Defendants herein agree to dismiss the Complaint filed in Case No. 3:16-cv-00533-MMD-VPC, including all defendants named therein, with prejudice, each party to bear his, her, or its own attorneys' fees and costs.

//

//

//

//

//

//

2. Accordingly, the Parties jointly request that this Honorable Court dismiss this matter with prejudice.

IT IS SO STIPULATED.

DATED this 17th day of November, 2017.

LAW OFFICES OF ROBERT KILBY

By: /s/ Robert Kilby _____
Robert Kilby, Esq.
Attorney for Plaintiffs

DATED this 17th day of November, 2017.

OFFICE OF THE GENERAL COUNSEL
WASHOE COUNTY SCHOOL DISTRICT

By: /s/ Sara K. Almo_____
Sara K. Almo, Esq.
Neil A. Rombardo, Esq.
Christopher B. Reich, Esq.
Attorneys for Defendant
Washoe County School District

DATED this 17th day of November, 2017.

DOTSON LAW

By: /s/ Robert A. Dotson_____
Robert A. Dotson, Esq.
Jill I. Greiner, Esq.
Attorneys for Defendant
Sarah Anderson

DATED this 17th day of November, 2017.

THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER

By: /s/ Katherine F. Parks_____
Katherine F. Parks, Esq.
6590 S. McCarran Blvd, Suite B
Reno, Nevada 89509
*Attorneys for Defendant*
*Nichole Truax*

Dated: November 17, 2017

IT IS SO ORDERED.

_____
U.S. District Judge

---

SAO DISMISSAL- WCSD- ANDERSON AND TRUAX – Tautolo, et al

2